UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONEL ANTONIO ARGUIJO-VALLE,

    Defendant.
_____/

Case No. 1:09:CR:152

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 24, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Leonel Antonio Arguijo-Valle's plea of guilty to Count One of the Indictment is accepted. Defendant Leonel Antonio Arguijo-Valle is adjudicated guilty.

3. Defendant Leonel Antonio Arguijo-Valle shall be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

Dated: July 9, 2009

        /s/ Gordon J. Quist
       GORDON J. QUIST
 UNITED STATES DISTRICT JUDGE